FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 ? 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

MILTON RUBEN PACHECO PERALTA,          :          12-CV-3179 (ARR)(RLM)
                                                   :
                    Plaintiff,                     :          NOT FOR ELECTRONIC
                                                   :          OR PRINT PUBLICATION
          -against-                                :
                                                   :          ORDER
M & O IRON WORKS, INC. d/b/a/                      :
MOTTIS IRON WORKS, et al.,                         :
                                                   :
                    Defendants.                    :
                                                   :
----------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 19, 2014, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for default judgment is granted against defendants, jointly and severally, in the amount of $33,001.50, representing $27,646.50 in compensatory and liquidated damages and $5,355.00 in attorney's fees. The court also awards prejudgment interest, as of June 26, 2009, on $17,422.16 of the recommended damages.

1

The Clerk is directed to transmit copies of this order via first class mail to:

> M & O Iron Works, Inc.
> d/b/a/ Mottis Iron Works
> 1516 Schenectady Ave.
> Brooklyn, NY 11203
>
> Mordechai Daninno
> a/k/a Motti Dannino
> 1571 East 15th Street
> Apartment 1F
> Brooklyn, NY 11230

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: March  )) , 2014
      Brooklyn, New York

2